# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1592
Lower Tribunal No. 2022-CC-012454-O

_____

MATTHEW MACDONALD and JENNIFER MACDONALD,

Appellants,

v.

STEFANO TEDESCHI and MARY TEDESCHI,

Appellees.

_____

Appeal from the County Court for Orange County.
Evellen Jewett, Judge.

January 6, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and BROWNLEE, JJ., concur.


Scott E. Siverson, of Siverson Law Firm PLLC, Winter Garden, for Appellants.

Frederic E. Waczewski, of Law Office of Frederic E. Waczewski, P.A., Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED